1
2
3
4
5
6
7
8      **UNITED STATES DISTRICT COURT**

9      **SOUTHERN DISTRICT OF CALIFORNIA**

10
11     UNITED STATES OF AMERICA,              Case No.:  19CR4739-AJB

12              Plaintiff,
                                              **ORDER AND JUDGMENT**
13        v.                                  **GRANTING MOTION TO DISMISS**

14
15     MAXIMINO RODRIGUEZ-ROBLES,

16              Defendant

17
18          Upon motion by the United States and for good cause shown,

19          IT IS ORDERED that this case be dismissed without prejudice.

20     IT IS SO ORDERED.

21     Dated:  December 16, 2019

22                                            Hon. Anthony J. Battaglia
23                                            United States District Judge

24
25
26
27
28